**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARL LARSON,<br><br>                              Plaintiff,<br><br> v.<br><br>BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT; and JOHN DOES I-V, individually,<br><br>                            Defendants. | Case No. 2:25-cv-15833<br><br>CIVIL ACTION<br><br>**CERTIFICATION OF COUNSEL** |

I, DEENA B. ROSENDAHL, ESQ., being duly sworn upon my oath, do hereby certify as follows:

1.    I am an attorney at law in the state of New Jersey, admitted to practice before the United States District Court of the District of New Jersey, and a Partner in the firm of Cleary Giacobbe Alfieri Jacobs, LLC, which firm represents Defendants, Borough of Pompton Lakes, New Jersey, Michael Serra, Michael Carelli, Jennifer Polidori, Robert Cruz, Ranuel Hinton, Patrick Quinn, Ekamon Verin, and Maria Kent, in the above-captioned matter.

2.    I am respectfully submitting this Certification in support of Defendants' Brief in Opposition to Plaintiff's Motion for Preliminary Injunction.

3.    Annexed hereto as "Exhibit A" is a true and accurate copy of the email from Plaintiff dated June 20, 2025 at 8:46:26PM.

4.    Annexed hereto as "Exhibit B" is a true and accurate copy of the email from Plaintiff dated June 20, 2025 at 9:22:52PM.

5.    Annexed hereto as "Exhibit C" is a true and accurate copy of the Pompton Lakes Police Department Incident Report No. I-2025-012262 dated June 20, 2025.

6.    Annexed hereto as "Exhibit D" is a true and accurate copy of the Correspondence from Borough Administrator Michael Carelli dated July 8, 2025.

7.    Annexed hereto as "Exhibit E" is a true and accurate copy of the Correspondence from Borough Administrator Michael Carelli dated July 18, 2025.

8.    Annexed hereto as "Exhibit F" is a true and accurate copy of the Borough of Pompton Lakes's Ordinance No. 25-06.


I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys for Defendants

By:    */s/ Deena B. Rosendahl*
          Deena B. Rosendahl, Esq.

Dated: October 6, 2025


2

# EXHIBIT A

 Outlook

---

**Fw: Fag day**

---

**From** Michael Serra <mserra@pomptonlakes-nj.gov>

**Date** Fri 6/20/2025 9:40 PM

**To**    Derek Clark <dclark@pomptonlakespolice.org>; Anthony Rodriguez <arodriguez@pomptonlakespolice.org>

[**NOTICE:** This message originated outside of Pompton Lakes Police -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Michael Serra
Mayor Pompton Lakes
Cell 973.610.8306

---

**From:** CARL LARSON <jungkikwan5@hotmail.com>
**Sent:** Friday, June 20, 2025 8:46:26 PM
**To:** Michael Serra <mserra@pomptonlakes-nj.gov>
**Subject:** Fag day

[NOTICE:  This message originated outside of Pompton Lakes Borough -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.]

Get rid of the the bullshit pride crap at the library. Only an asshole would all that satanic bullshit
Carl Larson

# EXHIBIT B

 Outlook

---

## Fw: Library

---

**From** Michael Serra <mserra@pomptonlakes-nj.gov>

**Date** Fri 6/20/2025 9:40 PM

**To**  Anthony Rodriguez <arodriguez@pomptonlakespolice.org>

**Cc**  Derek Clark <dclark@pomptonlakespolice.org>


[**NOTICE:**  This message originated outside of Pompton Lakes Police -- **DO NOT CLICK** on **links** or open **attachments** unless you are sure the content is safe.]

Hey Derek and AJ just be aware I am receiving emails about tomorrow's events.

Michael Serra
Mayor Pompton Lakes
Cell 973.610.8306

---

**From:** CARL LARSON <jungkikwan5@hotmail.com>
**Sent:** Friday, June 20, 2025 9:22:52 PM
**To:** Michael Serra <mserra@pomptonlakes-nj.gov>
**Subject:** Library

[NOTICE:  This message originated outside of Pompton Lakes Borough -- DO NOT CLICK on links or open attachments unless you are sure the content is safe.]

Anyone showing trans bullshit.  Should be arrested immediately for crimes against humanity. Or maybe the military will come and escort assholes to GTMO for your tribunal.
Carl Larson

# EXHIBIT C

**POMPTON LAKES PD**
25 LENOX AVE
POMPTON LAKES, NJ 07442
973-835-0400

**INCIDENT REPORT**
Municipal Code: 1609
ORI: NJ0160900

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2025-012262 | INVEST - INVESTIGATION | 6/20/2025 | 22:00 | POMPTON LAKES POLICE DEPARTMENT - 25 LENOX AVE, POMPTON LAKES NJ 07442 |

| DATE / TIME OF INCIDENT STARTED | DATE / TIME OF INCIDENT ENDED |
|---|---|
| 6/20/2025 22:00 | 6/20/2025 22:00 |

**INCIDENT #** I-2025-012262
**DATE** 6/20/2025

HOW RECEIVED: ☐ E911  ☐ DISPATCHED  ☐ FLAG DOWN  ☐ ON-VIEW  ☐ WALK-IN  ☑ OTHER

## VICTIM INFORMATION

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| | | | | | |

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | D/L STATE |
|---|---|---|---|---|---|
| | | | | | |

| EMPLOYER/ SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|
| | | | |

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

| NO. OF VICTIMS | WAS VICTIM INJURED | REQUIRE MEDICAL TREATMENT | TYPE OF VICTIM | VICTIM IS THE OFFENDER 'S |
|---|---|---|---|---|
| | | | | |

## COMPLAINANT INFORMATION            ☐ SAME AS VICTIM

| LAST NAME | FIRST NAME | MI | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| SERRA | MICHAEL | A | | ███████ |

| ADDRESS | UNIT TYPE | UNIT # | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 25 LENOX AVE | | | POMPTON LAKES | NJ | 07442 |

| RACE | SEX | DOB | AGE | DRIVER'S LICENSE # | D/L STATE |
|---|---|---|---|---|---|
| WHITE | M | ███████ | 63 | ███████ | NJ |

| EMPLOYER/ SCHOOL | OCCUPATION | CONTACT PERSON | PHONE |
|---|---|---|---|
| | | | |

EMPLOYER / SCHOOL ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)

## ADDITIONAL PERSONS    CODES: R=Reporting Person; W=Witness; A=Arrestee; I=Involved Person; P=Police; F=Family member; V=additional Victim; O=Other

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 1 | I | LARSON | CARL | | WHITE | M | ███████ |

ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP): 241 POPLAR AVE , POMPTON LAKES, NJ 07442
SOCIAL SECURITY #    HOME PHONE    CELL PHONE

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 2 | O | DAKAKE | DENIS | | WHITE | M | |

ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP): 1 PASSAIC AVE , POMPTON LAKES, NJ 07442
SOCIAL SECURITY #    HOME PHONE    CELL PHONE    —

| # | CODE | LAST NAME | FIRST NAME | MI | RACE | SEX | DOB |
|---|---|---|---|---|---|---|---|
| 3 | | | | | | | |

ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP)
SOCIAL SECURITY #    HOME PHONE    CELL PHONE

## UNIDENTIFIED SUSPECT / OFFENDER       SUSPECT/OFFENDER DESCRIPTION N/A ☐       NUMBER OF SUSPECTS

| # | APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |

CLOTHING WORN    DIRECTION OF FLIGHT
NAME / NICKNAME    SCARS / MARKS / TATTOOS

| # | APPROX AGE | RACE | SEX | APPROX HEIGHT | EYE COLOR | HAIR COLOR | HAIR LENGTH | FACIAL HAIR |
|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | |

CLOTHING WORN    DIRECTION OF FLIGHT
NAME / NICKNAME    SCARS / MARKS / TATTOOS

Page 1 of 3

# POMPTON LAKES PD

25 LENOX AVE
POMPTON LAKES, NJ 07442
973-835-0400

# INCIDENT REPORT

Municipal Code: 1609
ORI: NJ0160900

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2025-012262 | INVEST - INVESTIGATION | 6/20/2025 | 22:00 | POMPTON LAKES POLICE DEPARTMENT - 25 LENOX AVE, POMPTON LAKES NJ 07442 |

## VEHICULAR INFORMATION

**VEHICLE INFORMATION N/A** ☐

☐ REPORTED STOLEN   ☐ RECOVERED STOLEN   ☐ EVIDENCE   ☐ VIOLATIONS   ☐ INVOLVED IN CRIME

| OWNER 'S LAST NAME | OWNER 'S FIRST NAME | OWNER'S ADDRESS (#, STREET NAME, UNIT TYPE, UNIT #, CITY, STATE, ZIP) | | |
|---|---|---|---|---|
| | | | | |

| YEAR | MAKE | MODEL | COLOR | STYLE | LICENSE PLATE # | STATE | DATE EXPIRE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| KEYS IN VEHICLE | VEHICLE LOCKED | FRONT PLATE | REAR PLATE | VEHICLE VALUE | VIN |
|---|---|---|---|---|---|
| | | | | | |

| VEHICLE TOWED | IMPOUND REPORT | INSURANCE CO. | INSURANCE CODE | POLICY # |
|---|---|---|---|---|
| | | | | |

## OFFENSE INFORMATION

| | CDR # / MV SUMMONS # | CHARGE | N.J. STATUTE LOCAL ORD | STATUS |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

## NARRATIVE

On Friday, June 20, 2025, Mayor Michael Serra provided this department with two emails he received from an individual identified as Carl Larson, using the email address jungkikwan5@hotmail.com. The emails expressed strong opposition to the Pride event scheduled to take place at the Pompton Lakes Library on Saturday, June 21, 2025.

The first email, received at 8:46 PM, criticized the event and referred to it as "satanic bullshit." A second email sent at 9:22 PM included additional derogatory language and referenced "trans bullshit," suggesting that participants should be "arrested immediately for crimes against humanity" and made vague comments about military tribunals and GTMO....

| REPORTING OFFICER'S SIGNATURE (IF REQUIRED) | DATE | SUPERVISOR'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

| PRINT REPORTING OFFICER'S NAME (RANK, LAST, FIRST, ID#) | APPROVED BY (RANK, LAST, FIRST, ID#) |
|---|---|
| CAPTAIN RODRIGUEZ, ANTHONY J   167 | CAPTAIN RODRIGUEZ, ANTHONY J   167 |

## ADMINISTRATIVE

| ARREST | # OF SUBJECTS ARRESTED | TYPE OF ARREST: ☐ FOA  ☐ ON VIEW AT SCENE  ☐ WARRANT  ☐ SUMMONS | DETECTIVE NOTIFIED | NAME OF DET. |
|---|---|---|---|---|
| | | | | |

| DATABASE INQUIRES | ☐ MOTOR VEHICLE COMMISSION   ☐ IN HOUSE RMS | ☐ NCIC FOR WANTS/WARRANTS   ☐ COBRA | ☐ ATS  ☐ ACS | TELETYPE MESSAGE # |
|---|---|---|---|---|

| TECHNICAL SERVICES USED | ☐ COUNTY B.C.I. ☐ K-9 UNIT ☐ N.J.S.P.   OTHER | TECH CASE # | TECH OFFICER | BADGE # |
|---|---|---|---|---|

| SUPPLEMENTAL REPORTS | TRAK ☐ | VICTIM NOTIFICATION REPORT ☐ | JUVENILE INVESTIGATION/RELEASE ☐ | STATEMENT ☐ |
|---|---|---|---|---|
| | ARREST REPORT ☐ | PROPERTY TAG ☐ | DOMESTIC VIOLENCE REPORT ☐ | IMPOUND SHEET ☐ |
| | FINGERPRINT CARDS ☐ | PROPERTY LOSS SHEET ☐ | BIAS CRIME INCIDENT REPORT ☐ | EVIDENCE SUBMITTED ☐ |
| | OTHER DESCRIBE | | | |

## U.C.R. REPORTING

U.C.R. CODE

| PROPERTY | CURRENCY | JEWELRY | FURS | CLOTHING | AUTO | MISC | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| VALUE OF STOLEN PROP. | | | | | | | |
| VALUE OF RECOVERED PROP. | | | | | | | |

| INCIDENT STATUS | ☐ UNFOUNDED  ☐ CLEARED BY ARREST  ☐ CLEARED EXCEPTIONALLY  ☐ ADMINISTRATIVELY CLOSED | CLEARANCE DATE | REASON FOR EXCEPTIONAL CLEARANCE |
|---|---|---|---|

## DETECTIVE BUREAU REVIEW

| INCIDENT REQUIRES REVIEW | REVIEWED BY (RANK, LAST, FIRST, ID#) | DATE |
|---|---|---|
| | | |

| CASE STATUS: ☐ REVIEWED NOT ASSIGNED  ☐ ASSIGNED FOR INVESTIGATION | DATE ASSIGNED | ASSIGNED TO |
|---|---|---|

**POMPTON LAKES PD**
25 LENOX AVE
POMPTON LAKES, NJ 07442
973-835-0400

**INCIDENT REPORT**
Municipal Code: 1609
ORI: NJ0160900

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2025-012262 | INVEST - INVESTIGATION | 6/20/2025 | 22:00 | POMPTON LAKES POLICE DEPARTMENT - 25 LENOX AVE, POMPTON LAKES NJ 07442 |

While the content of the emails was offensive and inappropriate, it did not contain any direct or specific threats of violence or criminal intent. Out of an abundance of caution and in the interest of public safety, one uniformed officer was assigned to the event to ensure the safety of attendees and to deter any potential disruption.

The sender was confirmed to be Carl Larson, an active Pompton Lakes volunteer firefighter. Upon identifying the sender, I notified Fire Chief Dennis Dakake and Mayor Michael Serra for their awareness and any internal administrative action they may deem appropriate.

This report is being filed for documentation purposes. No further action is required by this department at this time unless additional information comes to light.

**POMPTON LAKES PD**
25 LENOX AVE
POMPTON LAKES, NJ 07442
973-835-0400

**INCIDENT REPORT**
Municipal Code: 1609
ORI: NJ0160900

| INCIDENT # | CALL TYPE | DATE REPORTED | TIME REPORTED | INCIDENT LOCATION |
|---|---|---|---|---|
| I-2025-012262 | INVEST - INVESTIGATION | 6/20/2025 | 22:00 | POMPTON LAKES POLICE DEPARTMENT - 25 LENOX AVE, POMPTON LAKES NJ 07442 |

Incident#: I-2025-012262

## Body Worn Camera Details

BWC Video: **N**          Vehicle Camera: **N**          Unit/Serial#:

## Suspicious Activity Reporting (SAR)

SAR Reportable: **N**

## Dependents  Details

Dependents : **N**

Details:

## Lights & Siren

Responded Lights & Siren:  **N**

| REPORT SUBMITTED BY (NAME - BADGE NUMBER) | REPORT APPROVED BY (NAME - BADGE NUMBER) |
|---|---|
| CAPTAIN RODRIGUEZ, ANTHONY J    167 | CAPTAIN RODRIGUEZ, ANTHONY J    167 |

# EXHIBIT D



**BOROUGH OF POMPTON LAKES**    MICHAEL E. CARELLI – RMC, QPA
OFFICE OF THE BOROUGH ADMINISTRATOR    BOROUGH ADMINISTRATOR

*25 LENOX AVENUE*    ADMINISTRATOR@POMPTONLAKES-NJ.GOV
*POMPTON LAKES, N.J. 07442*    *(973) 835-0143 ext. 239*

July 8, 2025

Carl Larson
241 Poplar Avenue
Pompton Lakes, N.J. 07442

Dear Mr. Larson,

As you may be aware, emails received by Mayor Serra on June 20, 2025, from an email address believed at the time to be yours were forwarded to the Pompton Lakes Police Department for information and potential follow-up. A copy of the Department's Incident Report that includes the emails in question is attached for your reference.

I have subsequently been advised by Fire Chief Dakake that you have acknowledged to him having written and sent the emails to Mayor Serra.

Because the content of both emails appears to be violative of the Borough's zero-tolerance policy for discrimination based on sexual orientation, the Borough Council will discuss potential disciplinary action that may be taken against you in your role as a Borough volunteer in closed session at its upcoming July 16 meeting. In the event you would like to provide a written statement either explaining or in defense of your emails, then please provide that to me no later than the end of the business day on July 15 in order that I be able to share it with the Council members prior to their meeting.

Thank you for your attention to the above. In the event you have any questions regarding the process I've explained, you should feel free to contact either me or Chief Dakake, who is copied on this letter.

Sincerely,

Michael Carelli
Borough Administrator

Cc:    Dennis Dakake, Fire Chief

# EXHIBIT E



**BOROUGH OF POMPTON LAKES**    Michael E. Carelli - RMC, QPA
**OFFICE OF THE BOROUGH ADMINISTRATOR**    Borough Administrator

*25 LENOX AVENUE*    *ADMINISTRATOR@POMPTONLAKES-NJ.GOV*
*POMPTON LAKES, N.J. 07442*    *(973) 835-0143 ext. 239*

July 18, 2025

Carl Larson
11 1100 Avalon Way
Bloomingdale, N.J. 07403

Dear Mr. Larson,

As you know, the Borough Council discussed your recent emails sent to Mayor Serra in closed session earlier this week. The purpose of that discussion was to determine (i) whether the emails were violative of the Borough's policy of zero-tolerance for discrimination based on sexual orientation and, if found to be in violation (ii) what disciplinary action is appropriate based on the severity of the violation.

Based on the language of the emails, they were found to be violative of the Borough's zero-tolerance policy as expressed in the Borough's current Personnel Policies and Procedures Manual. The emails were found to express a personal bias against members of our community that could not only draw into question your ability to serve that part of our community against whom they were directed but to also potentially undermine the integrity of the entire Department in the eyes of the broader community you serve. For these reasons, the Borough Council is imposing the following actions:

- A six (6) month suspension from the Pompton Lakes Volunteer Fire Department ("PLVFD"), effective upon your receipt of this letter;

- The requirement that you submit to the Fire Chief and Borough Administrator acceptable proof of having completed at least two (2) hours of Diversity, Inclusion and/or Elimination of Bias training that is to be paid for at your expense (or the expense of a non-Borough affiliated third party) as a condition of your reinstatement to the PLVFD following the conclusion of your six (6) month suspension;

- The requirement that you additionally submit a signed writing to the Fire Chief and Borough Administrator confirming (i) that you have reviewed the Policy Against Harassment and related sections of the Borough's Personnel Policies and Procedures Manual addressing bias and the expected conduct of Borough employees, including volunteers; (ii) that you understand that neither you nor any Borough employee or volunteer is to express or exhibit bias against members of the public on the basis of sex, race, creed, color, religion, national origin, ancestry, age, marital status, affectional or sexual orientation, domestic partnership status,

civil union status, and/or disability; and (iii) that you agree to abide by these policies in the future.

Notwithstanding that the Borough Council regrets the necessity of having to take these actions, it is—at the same time—satisfied that said disciplinary measures are an appropriately measured response to the sentiments expressed in your June 20, 2025, emails. In the event you have any questions regarding the above disciplinary measures, you may contact either me or Fire Chief Dennis Dakake, who is copied on this correspondence.

Sincerely,

Michael Carelli
Borough Administrator

Cc:     Dennis Dakake, Fire Chief

# EXHIBIT F




# BOROUGH OF POMPTON LAKES
# PASSAIC COUNTY, NEW JERSEY

## ORDINANCE NO. 25-06

**AN ORDINANCE AMENDING CHAPTER 2 OF THE REVISED GENERAL ORDINANCES OF THE BOROUGH OF POMPTON LAKES GOVERNING WORKPLACE CONDUCT**

**BE IT ORDAINED,** by the Borough Council of the Borough of Pompton Lakes, in the County of Passaic and State of New Jersey, as follows:

**Section 1.**  Chapter 2, "Administration" of the Revised General Ordinances, Article VII, "Policies", shall be amended to include a new Section 77, entitled "Workplace Conduct and Compliance," to read in its entirety as follows:

§ 2-77        **WORKPLACE CONDUCT AND COMPLIANCE.**

§ 2-77.1      **Borough Policy.**

It is the policy of the Borough of Pompton Lakes, in its capacity as an employer of full-time, part-time, paid and volunteer personnel and employees, to maintain hiring and workplace conditions and practices that are compliant with State and Federal law and free from discrimination, harassment or hostile conditions.  The Borough is an equal opportunity employer that shall not unlawfully discriminate in conditions of employment against any employee or applicant on the basis of race, color, religion, creed, gender, age, national origin, ancestry, disability, marital status, sexual orientation, or military status, or for any other unlawful discriminatory reason.  Every employee has the right to work in a professional environment where their knowledge, skills, and abilities are the critical factors in their success and the Borough expects all employees to maintain standards of propriety, promote equal opportunity, treat everyone professionally, and act without bias.  The Borough has a zero-tolerance policy for sexual harassment or discrimination, racial harassment or discrimination, or any other form of harassment and discrimination (religious, language, sexual orientation, et cetera).   Sexual harassment includes unwanted sexual or romantic overtures, inappropriate sexual jokes, or comments regarding sexual activities. Employees should never access pornography on Borough-owned equipment, even off Borough property. Using your personal device to access pornography while working or in the company of other employees is also forbidden.  The Borough prohibits acts of violence and threats of physical violence between any employees.  The Borough prohibits retaliation against any person who files a complaint against harassment or discrimination and will make all reasonable efforts to keep investigations confidential, and to protect people who make complaints.

§ 2-77.2      **Definitions.**

As used in this Section 77, the following terms shall have the meanings indicated:

BOROUGH – Shall mean the Borough of Pompton Lakes, a municipal corporation of the State of New Jersey.

EMPLOYEE – Shall mean all individuals employed by the Borough, or working under the direct supervision of the Borough, whether such individuals are full-time, part-time, paid, unpaid, volunteer or appointed, and shall include Supervisors, Department Heads, and Officers.  Elected Officials of the Borough shall not be considered Employees for the purposes of this Section.

EMPLOYER – Shall mean the Borough of Pompton Lakes, a municipal corporation of the State of New Jersey.

§ 2-77.3      **Applicability of Policy.**

This Section and the policy and procedures prescribed herein, shall apply to all Borough employees, except as to those employees that are subject to the supervision of the Judiciary policy or subject to a collective bargaining agreement, where such policies or agreements contain provisions and/or procedures inconsistent herewith.  Notwithstanding any ordinance to the contrary, the policy and procedure of this Section shall supersede such ordinances related to conduct and complaints relative to harassment, discrimination and/or hostile work environment.  To the same extent, this Section shall not abrogate or supersede established disciplinary policies and procedures not involving prohibited harassment, discrimination or hostile work environment.

§ 2-77.4      **Violations.**




# BOROUGH OF POMPTON LAKES
# PASSAIC COUNTY, NEW JERSEY

It shall be a violation of this Section for any employee to commit an act or acts in contravention of the policy as prescribed in § 2-77.1 above or as specifically referenced within this Section.

### § 2-77.5    Complaints; Reporting and Investigation Procedure.

A. Any employee who feels they have been harassed, discriminated against, or otherwise treated negatively because of their race, religion, gender, or other characteristics, or who has been subject to an act of violence or threat of physical violence, should report the conduct to their Department Head, Chief or Supervisor, except if the complained of conduct involves the Department Head, Chief or Supervisor, then to the Borough Administrator, and if involving the Borough Administrator, to the Mayor (any of which shall be deemed the "Reporting Authority").   The reporting of such conduct shall be confidential.

B. Upon receipt of a report of prohibited conduct, the Reporting Authority shall document the complaint and obtain a written statement from the complaining employee detailing the personnel involved, the nature of the conduct, the time, location and witness of the conduct, and any other relevant information.

C. The Reporting Authority shall, within twenty-four hours of receiving a report of prohibited conduct, transmit the documented complaint, written statement and relevant information to the Borough Administrator, or Mayor if applicable, (either of which shall be deemed the "Investigating Authority") for investigation.  The transmittal of this information is to be made regardless of any internal policies specific to any volunteer department or organizations that may state otherwise. The failure of the Reporting Authority to transmit a report of prohibited conduct shall be a violation of this Section.

D. Upon receipt of a complaint whether directly or from the Reporting Authority, the Investigating Authority or its designee shall undertake an investigation of the complaint.  Such an investigation may include review of all relevant materials, interviews with personnel and such other actions the Investigating Authority deems necessary for a complete investigation.  The Investigating Authority shall advise an employee accused of inappropriate behavior of the existence of the complaint and investigation.

E.  Any employee accused of inappropriate behavior will be treated with respect. The accused employee shall be permitted to submit a statement in defense of an allegation.  If the accusation is serious and credible, the employee may be suspended, with or without pay in the discretion of the Investigating Authority, during the duration of the investigation.

F. Upon completing the investigation, the Investigating Authority will issue a report and a recommendation for discipline if the complaint is founded and credible. The employee who reported the incident will be informed that the investigation is finished and whether the complaint was determined to be founded or unfounded.

G. The accused employee will be told the outcome of the investigation. If the investigation reveals that the employee was at fault, the accused employee may be subject to discipline. This can include anything from a verbal reprimand to termination, depending on the situation and the severity of the issue.

H. If an employee makes a bad faith complaint, that will be considered harassment. A bad faith complaint is one where the complainant knowingly lies or misrepresents the situation to accuse a coworker, damage someone's reputation, or to get personal gain.  A good faith report means that the employee believes that something inappropriate happened, even if the investigation determines no inappropriate behavior occurred.

I. Proceedings of the Investigating Authority and results of the investigation shall be, to the fullest extent permitted, be considered confidential under the Open Public Records Act and the Open Public Meetings Act under the personnel exemption.

### § 2-77.6    Discipline.

It is the purpose of discipline to not specifically penalize but to educate and retrain, where appropriate, so as to promote a positive and constructive work environment.  Based upon the degree or repetitive nature of prohibited conduct by an employee, discipline can be in many forms.  Accordingly, the following levels of



# BOROUGH OF POMPTON LAKES
# PASSAIC COUNTY, NEW JERSEY



discipline are available, individually and in combination, based upon relevant factors of severity of conduct, such as use of violence and/or recidivism:

   A. Termination.
   B. Suspension (paid or unpaid), for a period not to exceed six months.
   C. Retraining program or in-service training of not less than four hours (unpaid).
   D. Written Reprimand.
   E. Verbal Reprimand.

### § 2-77.7    Imposition of Discipline.

Unless otherwise appealed, the discipline imposed by the Investigating Authority shall be binding. The level of discipline imposed shall not be subject to appeal by the complaining employee. Failure of an employee to meet binding disciplinary requirements imposed, whether by the Investigating Authority or Borough Council, shall result in the employee's termination.

### § 2-77.8    Appeal.

An employee found to have violated this Section by the Investigating Authority shall have the right to appeal such determination and/or discipline imposed to the Borough Council. A complaining employee may appeal a determination that the complaint was unfounded to the Borough Council. Any such appeals must be made in writing to the Borough Clerk within ten (10) calendar days of the report issued by the Investigating Authority. The employee accused of violating this Section may retain counsel of their choosing and expense. The Borough Council shall initiate a hearing as to any appeal within sixty (60) days of an appeal and may compel testimony and consider all information provided to the Investigating Authority. The Borough Council may delegate its hearing authority to a neutral hearing officer to make specific findings of fact and disciplinary recommendations. The Borough Council shall have the power to affirm, reverse, or modify the report and/or discipline of the Investigatory Officer. Such proceedings shall comply with the Open Public Records Act and Open Public Meetings Act personnel matter requirements.

### § 2-77.9    Retaliation prohibited.

It is a violation of this section if an employee retaliates against another employee for reporting harassment or discrimination.

   **Section 2.** All ordinances or parts of ordinances or resolutions that are in conflict with the provisions of this Ordinance are repealed to the extent necessary.

   **Section 3.** If any article, section, subsection, term, or condition of this Ordinance is declared invalid or illegal for any reason, the balance of the Ordinance shall be deemed severable and shall remain in full force and effect.

   **Section 4.** This Ordinance shall take effect after approval of the Mayor, and/or in accordance with law and publication and passage according to law.

_____          _____
Elizabeth Brandsness, Municipal Clerk                         Michael Serra, Mayor

#### NOTICE OF PENDING ORDINANCE:

**NOTICE IS HEREBY GIVEN,** that the above Ordinance was introduced and passed on first reading at the Regular Meeting of the Mayor and Borough Council of the Borough of Pompton Lakes, in the County of Passaic, and State of New Jersey, held in the Municipal Building on the 22nd day of January, 2025, and same came up for final passage at the regular meeting of the Mayor and Borough Council held on the 12th day of February, 2025, at which time, after persons interested were given the opportunity to be heard concerning said Ordinance, the same was passed and will be in full force and effect in the Borough of Pompton Lakes after adopted by the Mayor or in accordance with the law.

Elizabeth Brandsness, R.M.C.
Municipal Clerk

Page | 3 of 3