Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Greg Harold Greubel
  (NJ Bar No. 171622015)
Cary Davis*
  (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

*Pro hac vice motion forthcoming

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARL LARSON**, <br><br>       *Plaintiff,* <br><br>   v. <br><br> **BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually, <br><br>       *Defendants.* | Civil Action No. 2:25-cv-15833 <br><br> **NOTICE OF APPEARANCE OF GREG HAROLD GREUBEL** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in the United States District Court for the District of New Jersey and hereby enters an appearance as counsel for Plaintiff Carl Larson in the above-captioned case.

Dated: June 25, 2026                    Respectfully submitted,

                                        /s/ *Greg Harold Greubel*
Woolson Anderson Peach                   Greg Harold Greubel
*A Professional Corporation*                (NJ Bar No. 171622015)
Randall J. Peach, 039541992              Cary Davis*
randy.peach@gmail.com                       (PA Bar No. 338042)
11 East Cliff Street                     FOUNDATION FOR INDIVIDUAL
Somerville, New Jersey 08876                RIGHTS AND EXPRESSION
(908) 526-4050                           510 Walnut St., Ste. 900
                                         Philadelphia, PA 19106
                                         (215) 717-3473
                                         greg.greubel@fire.org
                                         cary.davis@fire.org

                                         *Pro hac vice motion forthcoming

        *Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby declare that on June 25, 2026, I electronically filed the Notice of Appearance of Greg Harold Greubel with the Clerk of the United States District Court for the District of New Jersey using this Court's CM/ECF system. I further certify that to the best of my knowledge, counsel for all participants are registered CM/ECF users, and service will be accomplished via the CM/ECF system.

Dated: June 25, 2026                       Respectfully submitted,

/s/ *Greg Harold Greubel*

Woolson Anderson Peach              Greg Harold Greubel
*A Professional Corporation*          (NJ Bar No. 171622015)
Randall J. Peach, 039541992          Cary Davis*
randy.peach@gmail.com                 (PA Bar No. 338042)
11 East Cliff Street                      FOUNDATION FOR INDIVIDUAL
Somerville, New Jersey 08876           RIGHTS AND EXPRESSION
(908) 526-4050                        510 Walnut St., Ste. 900
                                     Philadelphia, PA 19106
                                     (215) 717-3473
                                     greg.greubel@fire.org
                                     cary.davis@fire.org

                                     *Pro hac vice motion forthcoming

*Counsel for Plaintiff*

3