Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Greg Harold Greubel
  (NJ Bar No. 171622015)
Cary Davis*
  (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

\*Pro hac vice motion pending

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARL LARSON**, <br><br> *Plaintiff,* <br><br> v. <br><br> **BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually, <br><br> *Defendants.* | Civil Action No. 2:25-cv-15833 <br><br><br> **NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF CARY DAVIS** |

**PLEASE TAKE NOTICE** that the undersigned counsel for Plaintiff will move before this Court on July 2, 2026, or as soon thereafter as counsel may be heard, for an order pursuant to Local Civil Rule 101.1(c), admitting Cary Davis as counsel pro hac vice in the above-captioned matter;

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon the certifications of Greg Harold Greubel and Cary Davis, as well as a certificate of good standing. A proposed order is attached.

Dated: July 2, 2026

Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Respectfully submitted,

/s/ *Greg Harold Greubel*
Greg Harold Greubel
   (NJ Bar No. 171622015)
Cary Davis*
   (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

*Pro hac vice motion pending

*Counsel for Plaintiff*

2