Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Greg Harold Greubel
  (NJ Bar No. 171622015)
Cary Davis*
  (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

*Pro hac vice motion pending

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**CARL LARSON**,

            *Plaintiff,*

      v.

**BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually,

            *Defendants.*

Civil Action No. 2:25-cv-15833

**CERTIFICATION OF GREG HAROLD GREUBEL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF CARY DAVIS**

I, Greg Harold Greubel, of full age, certify as follows:

1. I am an attorney at the Foundation for Individual Rights and Expression, located at 510 Walnut Street, Suite 900, Philadelphia, Pennsylvania 19106. I am available for contact there by mail, at (215) 717-3473, or at greg.greubel@fire.org.

2. I am admitted to practice and am a member in good standing of the Bar of the State of New Jersey (Attorney ID No. 171622015, admitted 11/10/2015).

3. There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4. I am fully familiar with the facts and circumstances surrounding the above-captioned matter. I make this certification in support of the application for the admission of Cary Davis as counsel pro hac vice for the purpose of representing Plaintiff in this action. Her certification is attached.

5. Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with Plaintiff who is a

member of the Bar of this Court. Said attorney(s) and I shall be responsible for the conduct of Ms. Davis, should she be admitted by this Court.

6.    Accordingly, the undersigned respectfully requests that Plaintiff's Motion for Admission Pro Hac Vice of Cary Davis be granted.

Dated: July 2, 2026                         Respectfully submitted,

/s/ *Greg Harold Greubel*

Greg Harold Greubel
   (NJ Bar No. 171622015)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org

*Counsel for Plaintiff*