Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Greg Harold Greubel
   (NJ Bar No. 171622015)
Cary Davis*
   (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

*Pro hac vice motion pending

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARL LARSON**, <br><br>        *Plaintiff,* <br><br>   v. <br><br> **BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually, <br><br>        *Defendants.* | Civil Action No. 2:25-cv-15833 <br><br><br> **CERTIFICATION OF CARY DAVIS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Local Civil Rule 101.1 of the United States District Court for the District of New Jersey, I, Cary Davis, certify as follows:

1.      I am an attorney at the Foundation for Individual Rights and Expression, located at 510 Walnut Street, Suite 900, Philadelphia, Pennsylvania 19106. I am available for contact there by mail, at (215) 717-3473, or at cary.davis@fire.org.

2.      I am admitted to practice and am a member in good standing of the Pennsylvania Bar (No. 338042, admitted 10/27/2025). Attached hereto is a true and correct copy of a certificate of good standing.

3.      There are no disciplinary proceedings pending against me, and no discipline has previously been imposed upon me in any court or jurisdiction.

4.      Upon the granting of this motion, I will make a payment to the Clerk for the admissions fee and the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a).

5.      I am familiar with and will comply with the Local Rules of this Court.

Dated: July 2, 2026

Respectfully submitted,

/s/ *Cary Davis*

Cary Davis*
  (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
cary.davis@fire.org

*Pro hac vice motion pending

*Counsel for Plaintiff*