

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Cary Anne Davis, Esq.

**DATE OF ADMISSION**

**October 27, 2025**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 23, 2026**

Nicole Traini
Chief Clerk