Woolson Anderson Peach
*A Professional Corporation*
Randall J. Peach, 039541992
randy.peach@gmail.com
11 East Cliff Street
Somerville, New Jersey 08876
(908) 526-4050

Greg Harold Greubel
  (NJ Bar No. 171622015)
Cary Davis*
  (PA Bar No. 338042)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@fire.org
cary.davis@fire.org

*Pro hac vice motion pending

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARL LARSON**, <br><br>         *Plaintiff,* <br><br>   v. <br><br> **BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually, <br><br>         *Defendants.* | Civil Action No. 2:25-cv-15833 <br><br><br> **DECLARATION OF SERVICE** |

I hereby declare that on July 2, 2026, I electronically filed the following documents with the Clerk of the United States District Court for the District of New Jersey using this Court's CM/ECF system:

(1) Notice of Motion for Admission Pro Hac Vice of Cary Davis;

(2) Certification of Greg Harold Greubel;

(3) Certification of Cary Davis;

(4) Certificate of Good Standing; and

(5) Proposed Order.

I further certify that to the best of my knowledge, counsel for all participants are registered CM/ECF users, and service will be accomplished via the CM/ECF system.

Dated: July 2, 2026                           Respectfully submitted,

                                              /s/ *Greg Harold Greubel*

Woolson Anderson Peach                        Greg Harold Greubel
*A Professional Corporation*                    (NJ Bar No. 171622015)
Randall J. Peach, 039541992                   Cary Davis*
randy.peach@gmail.com                           (PA Bar No. 338042)
11 East Cliff Street                          FOUNDATION FOR INDIVIDUAL
Somerville, New Jersey 08876                    RIGHTS AND EXPRESSION
(908) 526-4050                                510 Walnut St., Ste. 900
                                              Philadelphia, PA 19106
                                              (215) 717-3473
                                              greg.greubel@fire.org
                                              cary.davis@fire.org
*Counsel for Plaintiff*                       *Pro hac vice motion pending

2