# Woolson Anderson Peach

*A Professional Corporation • Attorneys at Law*

11 EAST CLIFF STREET • SOMERVILLE • NEW JERSEY • 08876

Telephone (908) 526-4050 • Fax (908) 450-1569 • www.WoolsonLaw.com

MARK S. ANDERSON

RANDALL J. PEACH

STEVEN B. LIEBERMAN
*Of Counsel*

WILLIAM R. SUTPHEN III
*Retired*

July 6, 2026

Hon. Michael A. Hammer, U.S.M.J.
MLK Jr. Federal Bldg. &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:  Carl Larson v. Borough of Pompton Lakes et al.**
> **Docket No. 2:25-cv-15833**

Dear Judge Hammer:

By Text Order dated June 17, 2026, Your Honor requested that the Court be informed whether Plaintiff had completed the mandatory training that was a condition of his reinstatement.[1] This is to advise the Court that the Plaintiff did in fact complete the training on June 29, 2026.

We thank the Court for its courtesies.

Respectfully,

RANDALL J. PEACH

---

[1]  This letter was supposed to be filed by July 2, and we apologize for the delay.