## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARL LARSON, <br><br> *Plaintiff,* <br><br> v. <br><br> **BOROUGH OF POMPTON LAKES, NEW JERSEY**; *et al.,* <br><br> *Defendants.* | Civil Action No. 2:25-cv-15833 <br><br> Hon. Michael A. Hammer |

## ORDER GRANTING JOINT REQUEST FOR EXTENSION OF DEADLINE TO COMPLETE FACT DISCOVERY AND DEPOSITIONS

**THIS MATTER** having been opened to the Court on the joint request of all parties for the entry of an Order extending the deadline contained in the Court's March 13, 2026, pretrial scheduling order (ECF No. 21), and for good cause shown,

IT IS on this __13__ day of July, 2026, **ORDERED** that:

1. The following shall be the deadline for completion of fact discovery and depositions: August 13, 2026.

2. All other deadlines in the Court's March 13, 2026, scheduling order remain in effect.

_____
**MICHAEL A. HAMMER**
**United States District Judge**