## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

CARL LARSON,

        *Plaintiff,*

  v.

**BOROUGH OF POMPTON LAKES, NEW JERSEY; MICHAEL SERRA; MICHAEL CARELLI; JENNIFER POLIDORI; ROBERT CRUZ; RANUEL HINTON; PATRICK QUINN; EKAMON VERIN; MARIA KENT** and **JOHN DOES I–V,** Individually,

        *Defendants.*

Civil Action No. 2:25-cv-15833

██████████ ORDER
GRANTING MOTION FOR
ADMISSION PRO HAC VICE
OF CARY DAVIS

This matter having come before the Court on the application of Cary Davis to appear pro hac vice on behalf of Plaintiff, pursuant to Local Civil Rule 101.1(c), and for good cause shown, *and there being no opposition;*

**IT IS HEREBY ORDERED**:

1.      Cary Davis, of the Foundation for Individual Rights and Expression, is hereby granted admission pro hac vice to appear in this matter on behalf of Plaintiff in the same manner as attorneys authorized to practice law in this State; and it is further

2.      **ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Randall J. Peach, counsel of record for Plaintiff, or by such other attorney who may appear as counsel of record for Plaintiff, who shall be responsible for the submission of the case and the attorneys admitted hereby; and it is further

3.      **ORDERED** that, in accordance with Local Civil Rule 101.1(c)(2), Cary Davis shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection; and it is further

4.      **ORDERED** that, in accordance with Local Civil Rule 101.1(c)(3), Cary Davis shall pay $250.00 to the Clerk of the United

States District Court for the District of New Jersey for admission pro hac vice; and it is further

5.    **ORDERED** that Cary Davis shall be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules.

This order is effective immediately.

Dated: ___7/13/26___

**SO ORDERED**

_s/Michael A. Hammer_

Michael A. Hammer, U.S.M.J.

Date: 7/13/26

3