# CLEARY | GIACOBBE | ALFIERI | JACOBS LLC

DEENA B. ROSENDAHL, Partner
drosendahl@cgajlaw.com

**Reply to: Oakland Office**

July 13, 2026

**<u>Via ECF</u>**
Hon. Julien Xavier Neals
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 5D
Newark, NJ 07101

RE:  **<u>Carl Larson v. Borough of Pompton Lakes, et al.</u>**
     Civil Action No. 2:25-cv-15833

Your Honor,

The parties submit this joint letter to provide Your Honor with the required update on settlement discussions.

By letter dated June 26, 2026 Plaintiff made a Settlement Demand of $175,000.00 to address alleged compensatory and punitive damages, plus $30,000.00 in attorney's fees and a public apology from the Borough for allegedly violating Mr. Larson's First Amendment Rights.

The Borough responded by letter dated July 8, 2026 rejecting Mr. Larson's settlement demand. The Borough proposed a counteroffer of settlement of $20,000.00, the terms of which must include standard provisions including but not limited to the Defendants' denial of any wrongdoing and liability as well as mutual confidentiality provisions. It was further noted that any settlement is subject to Governing Body approval. Plaintiff has rejected this counteroffer.

By way of further update, Mr. Larson has since completed the required training and has been returned to active volunteer status. And the deadline for fact discovery and depositions has been extended to August 13. Dkt. No. 39.

---

**Oakland Office: 169 Ramapo Valley Road, UL 105, Oakland, NJ 07436 Tel 973 845-6700 Fax 201 644-7601**
Somerville Office: 50 Division Street, Suite 501, Somerville, NJ 08876 Tel 732 583-7474 Fax 908 524-0096
Haddonfield Office: 255 Kings Highway East, Haddonfield, NJ 08033 Tel 732 583-7474 Fax 732 290-0753
Matawan Office: 955 State Route 34, Suite 200, Matawan, NJ 07747 Tel 732 583-7474 Fax 732 290-0753

www.cgajlaw.com

Defendants and Plaintiff are willing to participate in further settlement discussions with Your Honor. However, Plaintiff believes that mediation is premature prior to the conclusion of depositions, which will take place on or before August 13.

Respectfully submitted,


Deena B. Rosendahl /s/
Deena B. Rosendahl, Esq.

Cc: Randall J. Peach, Esq.
    Clients