DNJ-CMECF-002 (Rev. 6/2025)

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

CARL LARSON

Plaintiff(s),

v.

BOROUGH OF POMPTON LAKES, et al.

Defendant(s)

**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Civil Action No.  2:25-cv-15833-JXN-MAH

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:  Cary Davis

Firm:  Foundation for Individual Rights and Expression

Address:  510 Walnut Street, Suite 900

Philadelphia, PA 19106

_____

Email:  cary.davis@fire.org

Phone:  215-717-3473

Admitted on behalf of:  Carl Larson, Plaintiff

_____