**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CARL LARSON**, | |
| Plaintiff, | Civil Action No. 2:25-cv-15833 |
| v. | Hon. Michael A. Hammer |
| **BOROUGH OF POMPTON LAKES, NEW JERSEY**; *et al.,* | **ORDER** |
| Defendants. | |

**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF DEADLINE TO COMPLETE FACT DISCOVERY AND DEPOSITIONS**

**THIS MATTER** having been opened to the Court on the Joint request of all parties for the entry of an Order extending the deadline contained in the Court's March 13, 2026, pretrial scheduling order (ECF No. 21), and for good cause shown.

**IT IS** on this 20th day of July, 2026, **ORDERED** that:

1. The following shall be the deadline for completion of fact discovery and depositions: September 28, 2026.

2. The following shall be the deadline for the parties to raise discovery disputes with the Court: September 14, 2026.

3. All other deadlines in the Court's March 13, 2026, scheduling order remain in effect.

*/s/Michael A. Hammer*

**MICHAEL A. HAMMER**
**United States District Judge**

**DATED: 7/20/26**

3